UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

TED MOONEY,

   Plaintiff,

-vs-                                            CASE NO.:  2:16-CV-00202-KS-MTP

BLUESTEM BRANDS, INC.
d/b/a FINGERHUT,

   Defendant.
_____/

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

By agreement of the parties, who have advised of the consummation of settlement, and upon good cause having been found, it is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear their respective costs and fees.

SO ORDERED, this the ___21st___ day of ___March___, 2017.

                                                    ___s/Keith Starrett___
                                                    U.S. DISTRICT JUDGE

AGREED TO:

**/s/ Shaughn C. Hill**
Shaughn C. Hill (Admitted *pro hac vice*)
FOR PLAINTIFF

**/s/ Robert B. Ireland**
Robert B. Ireland, III (MSB #100708)
FOR DEFENDANT